1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAMSON TRONG PHAM,

11               Petitioner,                    No. CIV S-08-2191 FCD DAD P

12        vs.

13   TOM FELKER, Warden,

14               Respondent.                    <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.

19          Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22          Since petitioner may be entitled to relief if the claimed violation of constitutional

23   rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

24          Also before the court is petitioner's request for appointment of counsel.  There

25   currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius</u>

26   <u>v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the

1  appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule

2  8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

3  interests of justice would be served by the appointment of counsel at the present time.

4                      In accordance with the above, IT IS HEREBY ORDERED that:

5                      1.  Petitioner's September 17, 2008 application to proceed in forma pauperis

6  (Doc. No. 2) is granted;

7                      2.  Respondent is directed to file a response to petitioner's habeas petition within

8  sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

9  shall be accompanied by all transcripts and other documents relevant to the issues presented in

10  the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

11                      3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

12  shall be filed and served within thirty days after service of the answer;

13                      4.  If the response to the habeas petition is a motion, petitioner's opposition or

14  statement of non-opposition to the motion shall be filed and served within thirty days after

15  service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

16  thereafter;

17                      5.  The Clerk of the Court shall serve a copy of this order, a copy of the petition

18  for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent

19  or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

20                      6.  Petitioner's September 17, 2008 request for appointment of counsel (Doc. No.

21  3) is denied.

22  DATED: October 20, 2008.

23

24  _____

             DALE A. DROZD

25  DAD:9              UNITED STATES MAGISTRATE JUDGE

   pham2191.100

26