IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMSON TRONG PHAM,** | 2:08-cv-2191 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Respondent has requested a second enlargement of time to respond to Petitioner's petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted an extension of time of thirty (30) days, up to and including February 18, 2009, to respond to the petition for writ of habeas corpus.

DATED: January 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/pham2191.111rp(2)