IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMSOM TRONG PHAM,

    Petitioner,                No. CIV S-08-2191 FCD DAD P

    vs.

TOM FELKER, Warden,

    Respondent.              ORDER

                                      /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has also requested an extension of time to file and serve a traverse. Good cause appearing, petitioner's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's March 13, 2009 application for appointment of counsel (Doc. No. 20) is denied;

/////

2. Petitioner's March 13, 2009 application for an extension of time to file a traverse (Doc. No. 21) is granted; and

3. Petitioner shall file and serve a traverse on or before April 23, 2009.

DATED: March 19, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
pham2191.110+111